**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

George Session and Sonia Hernandez, Defendants,

Of whom Sonia Hernandez is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2016-002201

---

Appeal From Spartanburg County
Rochelle Y. Conits, Family Court Judge

---

Unpublished Opinion No. 2017-UP-188
Submitted April 10, 2017 – Filed April 28, 2017

---

**AFFIRMED**

---

William Cory Hughes, of Law Office of W. Cory Hughes, LLC, of Greenville, for Appellant.

Kathryn Walsh Gooch, of the South Carolina Department of Social Services, of Spartanburg, for Respondent.

Jamia Foster, of Albert V. Smith, P.A. and Wendy Griffith, of Talley Law Firm P.A., both of Spartanburg, for the Guardian ad Litem.

**PER CURIAM:** Sonia Hernandez appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Hernandez's counsel.

**AFFIRMED.**[1]

**WILLIAMS and THOMAS, JJ., and LEE, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.